UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-24038-CIV-MARTINEZ

BRIDLINGTON BUD LTD,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction (the "Motion"), (ECF No. 16). (ECF No. 17). Magistrate Judge Sanchez filed an R&R recommending that the Motion be granted, and that a preliminary injunction be entered. (ECF No. 23). The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R, (ECF No. 23), is **AFFIRMED** and **ADOPTED**. Further, it is:

    **ADJUDGED** that Plaintiff's Motion for Preliminary Injunction, (ECF No. 16), is **GRANTED** as set forth in the R&R.

    **DONE AND ORDERED** in Miami, Florida, this 30 day of October, 2025.

                                                                      JOSE E. MARTINEZ
                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record